# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON BRENT HODGES,<br><br>         Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA,<br><br>         Respondent. | Case No.: 20cv254-MMA (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, proceeding pro se, has filed a habeas corpus action filed pursuant to 28 U.S.C. § 2254.

## **FAILURE TO SATISFY FILING FEE REQUIREMENT**

Petitioner has not paid the $5.00 filing fee and has not filed a motion to proceed in forma pauperis. This Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis. *See* Rule 3(a), 28 U.S.C. foll. § 2254.

## **IMPROPER VENUE AND ABSTENTION**

Moreover, this Court is not the proper venue. A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at the Adelanto Detention Facility in

San Bernardino County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division. *See* 28 U.S.C. § 84(c)(1). Petitioner appears to be challenging an ongoing criminal proceeding occurring in San Bernardino, which is also within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division. *Id.* Further, the Court notes the Petition appears to be barred from consideration by the abstention doctrine, which states that federal courts may not interfere with ongoing state criminal proceedings absent extraordinary circumstances. *Younger v. Harris*, 401 U.S. 37 (1971); *see also Juidice v. Vail*, 430 U.S. 327, 337 (1977) (holding that if *Younger* abstention applies, a court may not retain jurisdiction but should dismiss the action).

For the foregoing reasons, the Court **DISMISSES** the Petition without prejudice.

Dated: February 11, 2020

Hon. Michael M. Anello
United States District Judge